**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

SALAH H. OBYEIS,

Petitioner,

v. No. 2:26-cv-3149-SMD-LF

FNU LNU,

Respondent.

**ORDER DIRECTING AMENDMENT**

Before the Court is Petitioner's Letter to the Clerk of Court requesting a form Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. 1). It appears Petitioner is in immigration detention at the Otero County Processing Center in New Mexico. If Petitioner seeks to challenge his immigration detention in this Court, he must file a Section 2241 petition. The Clerk's Office mailed Petitioner a form Section 2241 Petition and motion to proceed *in form pauperis* on September 24, 2026, but he has not returned the forms. Petitioner shall return the completed Section 2241 petition, or a different complaint form if he does not seek habeas relief under Section 2241, within twenty-one days of entry of this Order. Petitioner should include details about what relief he seeks, including what process he has received in Immigration Court if he seeks relief relating to his immigration detention. Petitioner may attach any orders or documents from the Immigration Court, which are helpful in resolving Section 2241 claims. By the same date, Petitioner must pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*. All documents filed in this case must include the case number, Civ. No. 26-3149-SMD-LF. The

failure to timely comply with this Order may result in dismissal of this case without prejudice and without further notice.

**IT IS THEREFORE ORDERED** that within twenty-one (21) days of entry of this Order Petitioner must file a completed Section 2241 petition as set forth above, or a different complaint form if he does not seek habeas relief under Section 2241. By the same deadline, Petitioner shall pay the $5.00 habeas filing fee or file a motion to proceed *in forma pauperis*.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE